JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYNN PIKE, et al., <br>       Plaintiffs, <br><br>   v. <br><br> CITY OF ANAHEIM, ANAHEIM ARENA MANAGEMENT, LLC <br><br>       Defendants. <br> _____ <br><br> ANAHEIM ARENA MANAGEMENT, LLC; <br>       Third Party Claimant, <br><br>   v. <br><br> ARAMARK ENTERTAINMENT, LLC <br>       Third Party Defendant. <br> _____ | Case No.: 8:12-cv-00838-JVS (ANx) <br><br> **ORDER RE DISMISSAL** <br><br> [Filed concurrently with Stipulation to Dismiss] <br><br> **[Fed. R. Civ. Pro. 41]** <br><br> Final Pretrial Conf.: Mar. 2, 2015 <br> Trial Date:         Mar. 17, 2015 |

/ / /

/ / /

/ / /

ORDER DISMISSING PIKE AND RUDDER v. CITY OF ANAHEIM, et al. Case No. 8:12-cv-00838-JVS (ANx)

SF 1916311v1                  1

# **ORDER**

On August 8, 2012, Anaheim Arena Management, LLC ("**AAM**") filed in this lawsuit its Third-Party Complaint against Aramark Entertainment, LLC ("**Aramark**") asserting, *inter alia,* claims for contractual and equitable indemnity and contribution (AAM's "**Third-Party Claim**").  AAM and Aramark have negotiated a settlement which has now been consummated.

The Court hereby dismisses AAM's Third-Party Claim against Aramark. The Court further vacates the Status Conference set for November 17, 2014.

Dated: November 13, 2014                    _____
                                                            HON. JAMES V. SELNA
                                                            United States District Court Judge

---

ORDER DISMISSING PIKE AND RUDDER v. CITY OF ANAHEIM, et al. Case No. 8:12-cv-00838-JVS (ANx)

SF 1916311v1

2